# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | | |
|---|---|---|---|
| Plaintiff, | ) | No. | CR 04-076-JHP |
| v. | ) | | |
| ANTHONY LOUIS TINSMAN | ) | | |
| MATTHEW ALAN BLODGETT & | ) | | |
| STEVEN PRICE SHOEMAKE | ) | | |
| Defendants | ) | | |

## ORDER

In this criminal case the Plaintiff has informed the Court that the original payee regarding restitution in this matter has been compensated by the Oklahoma Crime Victims Compensation Board in the amount of $1,700. The original restitution order in this case totaled $1,850, with each of the three defendants to pay $616.50. After reviewing the circumstances of the offense leading to the restitution order and taking into consideration the compensation awarded by the Oklahoma Crime Victims Compensation Board, the Court has determined that the appropriate payee for the restitution is as follows:

| | | |
|---|---|---|
| Donald Williams<br>107 Myra Lane<br>Poteau, OK 74953 | $150.00 | ($50 from each defendant) |
| Oklahoma Crime Victims Compensation Board<br>421 N.W. 13th Street, Suite 290<br>Oklahoma City, OK 73103 | $1,700.00 | ($566.66 each defendant) |

Payments are to be paid through the United States Court Clerk for the Eastern District of Oklahoma in the manner originally ordered in this case.

It is so ordered this 25th day of May 2006.

James H. Payne
United States District Judge
Eastern District of Oklahoma